**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NR:MEC
F. #2016R00405

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2018

By ECF

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Faith Esimai
>         Criminal Docket No.16-0204(ILG)

Dear Judge Glasser:

      In furtherance of the Court's Memorandum and Order, dated November 17, 2017, and the report of the government's expert, Dr. Stuart Kleinman, dated July 17, 2018, the government respectfully submits the accompanying proposed Dismissal Order relating to the defendant Faith Esimai.

                                                  Respectfully submitted,

                                                  RICHARD P. DONOGHUE
                                                  United States Attorney

                             By:    /s/Martin E. Coffey
                                                  Martin E. Coffey
                                                  Assistant U.S. Attorney
                                                  (718) 254-6157

cc:    Peter Brill, Esq.
        Attorney for Esimai
        Anthony Colleluori, Esq.
        Bruce Connolly, Esq.
        Attorneys for Hills