Case 1:16-cr-00204-ILG PageID #: 476

NR:MEC:mec
F.#2016R00405
ORDER.ESIMAI

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 12 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

   -against-       DISMISSAL
               ORDER

FAITH ESIMAI,
               Cr. No. 16-0204(ILG)

   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   UPON the Application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Martin E. Coffey, on behalf of the UNITED STATES OF AMERICA it is hereby

   ORDERED that the Indictment as to the defendant FAITH ESIMAI is hereby dismissed with prejudice.

Dated: Brooklyn, New York
   September 12, 2018

            s/I. Leo Glasser, USDJ
            UNITED STATES DISTRICT JUDGE
            EASTERN DISTRICT OF NEW YORK